NUMBER 13-09-00314-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

EX PARTE: GABRIEL VASQUEZ

_____________________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Gabriel Vasquez, perfected his appeal of an order denying an expunction 
by the 214th District Court of Nueces County, Texas, in cause number 08-3467-F. 
Appellant has filed a motion to dismiss the appeal on grounds he no longer wishes to
pursue the appeal process. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this 8th day of October, 2009.